# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOHNNY EARNEST**                                                                                           **PLAINTIFF**

**v.**                                        **No. 4:23-cv-00826-ERE**

**COMMISIONER OF SOCIAL SECURITY**                                   **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed, and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 6 December 2023.

_____
UNITED STATES MAGISTRATE JUDGE