IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY EARNEST**                                                            **PLAINTIFF**

V.                      No. 4:23-CV-00826-ERE

**SOCIAL SECURITY ADMINISTRATION**                     **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Johnny Earnest's unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA") requesting a total award of **$4,557.00**. *Doc. 14.* Plaintiff is entitled to an award of attorney's fees under the EAJA, and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees (*Doc. 14*) is GRANTED. Plaintiff is awarded **$4,557.00** in attorney's fees under the EAJA.[1]

SO ORDERED 1 March 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.